# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,
            Plaintiff,         Case No. 13-20156

v

         Hon. George Caram Steeh

**D-13 ALFREDO PRADO**,
            Defendant.
_____

## ORDER GRANTING MOTION FOR TRANSPORTATION EXPENSE

Upon review of Defendant's motion for transportation expenses of Defendant, with the Court fully advised in the premises,

**IT IS HEREBY ORDERED** that under 18 U.S.C. § 4285 the United States Marshal shall provide the non-custodial travel expenses incurred in transporting the Defendant, Alfredo Prado, to Detroit, Michigan, from Los Angeles California, on December 2, 2015, for the purpose of the December 3, 2015 pretrial, and for Defendant to return to Los Angeles on December 4, 2015.

**SO ORDERED**.

Dated: November 19, 2015         s/George Caram Steeh
                                         George Caram Steeh
                                         United States District Judge

## CERTIFICATE OF SERVICE

Copies of this document were served upon attorneys/parties of record on November 19, 2015 above by electronic and/or ordinary mail.
                      s/Marcia Beauchemin, Case Manager