UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Alfredo Prado,

    Defendant.

Criminal No. 13-cr-20156

Hon. George Caram Steeh

## ORDER

Upon the facts alleged by the United States in its motion, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bond of the defendant Defendant Name be, and the same is hereby forfeited, and his right to bail herein is revoked.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue a Warrant of Arrest to the United States Marshal and that the United States Marshal take into custody the said defendant in accordance with the law, and that his be brought before this Court FORTHWITH for such proceedings as the Court may determine.

_____
George Caram Steeh
United States District Judge

Dated: 11-8-16

Warrant of Arrest Issued: